# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1637
LT Case No. 2018-DR-6309

_____

CHAD GRIMM,

    Appellant,

    v.

TERI MICHELE GRIMM n/k/a TERI
YOUMANS,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Maureen T. Horkan, Judge.

William S. Graessle, of William S. Graessle, P.A., Jacksonville,
for Appellant.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for
Appellee.

January 22, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____